AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

GORDON MARBLE,

      Plaintiff,

v.

WADE HOVINGA; HAL STOUT; MIKE FOWLKS; PAUL WASHBURN; and JOHN DOES 1–10,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:19-cv-00064-HCN

IT IS ORDERED AND ADJUDGED

That summary judgment is granted in favor of Defendants and against Plaintiff.

March 21, 2023
*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge